**Karp Truchobuk and Walter Ziarko, Appellants, v. Frank Dillon, Appellee.**

**Gen. No. 44,843.** 

Heard in the second division, first district, this court at the June term, 1949. James A. Dooley, for appellant; John J. Maciejewski, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed May 11, 1950; released for publication May 29, 1950.